# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | | |
|---|---|---|
| JOE HAND PROMOTIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CV615-132 |
| | ) | |
| JAKE'S CREATIVE COMMUNICATIONS, INC. and FLAVIU DRAGAN, | ) ) ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Because the parties have stipulated to the with-prejudice dismissal of this case per Fed. R. Civ. P. 41(a)(1)(A)(ii), doc. 41, the Court **DENIES** as moot plaintiffs' Motion to Compel. Doc. 36. This case is now **CLOSED**.

**SO ORDERED,** this  29th   day of August, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA